IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02325-BNB

EDWARD ALLEN,
    Plaintiff,

v.

ARISTEDES ZAVARAS,
SERGEANT FRACKMORE,
SERGEANT BOATWRIGHT,
OFFICER S. VIGIL, and
LT. STANGER,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 05 2009

GREGORY C. LANGHAM
CLERK

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Zita L. Weinshienk and to Magistrate Judge Boyd N. Boland. Accordingly, it is

ORDERED that this case shall be assigned to Judge Zita L. Weinshienk pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Boyd N. Boland.

DATED October 5, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02325-BNB

Edward Allen
a/k/a Edward A. Clutts
Prisoner No. 122690
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/5/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk